# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BUDRY MICHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-1123

[December 12, 2018]

### *ON REMAND FROM THE SUPREME COURT OF FLORIDA*

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 93-19586 CF10A.

Carey Haughwout, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

In *State v. Michel*, 43 Fla. L. Weekly S298 (Fla. July 12, 2018), the Florida Supreme Court quashed this Court's decision in *Michel v. State*, 204 So. 3d 101 (Fla. 4th DCA 2016), and concluded that no Eighth Amendment violation was shown in this case.

Accordingly, we affirm the trial court's denial of Appellant's motion for postconviction relief.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*